# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA DIAZ, an individual, | CASE NO. 07 CV 0935 JM WMC |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF ACTION** |
| vs. | |
| TCM FINANCIAL SERVICES, LLC a limited liability company; JASON GARCIA, an individual; and JOHN DAVIES, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

    Pursuant to the parties' joint motion, the court hereby orders that the entire action be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a).

**IT IS SO ORDERED.**

DATED: September 12, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties